LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

OCT - 5 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JIE HUANG<br>    a/k/a "J,"<br><br>        Defendant. | Criminal Case No. 05-00001<br><br>**MOTION TO DISMISS COMPLAINT AND ORDER** |

An indictment having been returned by the Grand Jury, the United States respectfully moves for an order dismissing the complaint in this case.

Dated: October 04, 2005

LEONARDO M. RAPADAS
United States Attorney

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney
District of the Northern Mariana Islands

SO ORDERED:

_____
ALEX R. MUNSON, CHIEF JUDGE

RECEIVED

OCT - 4 2005

Clerk
District Court
For The Northern Mariana Islands